162 A.3d 847

**WARREN, William**

v.

**STATE of Maryland**

**Pet. Docket No. 94, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 991, Sept. Term, 2016).

Petition for writ of certiorari denied

■

162 A.3d 847

**WELLS FARGO EQUIPMENT FINANCE**

v.

**ASTERBADI**

**Pet. Docket No. 65, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (Nos. 1590 & 2174, Sept. Term, 2016).

Petition for writ of certiorari denied